AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

RONALD W. COLLINS,

      Petitioner,             JUDGMENT IN A CIVIL CASE

V.

                              CASE NUMBER:  **3:04-CV-00298-RCK-VPC**

ELDON K. McDANIEL, et al.,

      Respondents.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (#40) is DENIED. JUDGMENT is entered for respondents.

  September 21, 2009                                 **LANCE S. WILSON**
                                                                                   Clerk

                                                                              /s/ D. R. Morgan
                                                                             Deputy Clerk