# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RONALD COLLINS,

    Petitioner,

vs.

E. K. MCDANIEL, et al.,

    Respondents.

Case No. 3:04-cv-00298-RCJ-VPC

**ORDER**

    Before the court are petitioner's proper-person motion for withdrawal of attorney of record and transfer of records (#64) and the response of petitioner's counsel (#65). The court grants petitioner's request for the withdrawal of his attorney. Petitioner's request to transfer the records is moot because petitioner's counsel already has sent him his records.

    IT IS THEREFORE ORDERED that petitioner's proper-person motion for withdrawal of attorney of record and transfer of records (#64) is **GRANTED** in part. The Federal Public Defender is removed from representation of petitioner.

Dated: January 17, 2014.

_____
ROBERT C. JONES
United States District Judge